# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| IN RE: | CASE NO: 20-03105 |
|---|---|
| WILLIAM MEEHAN | **DECLARATION OF MAILING CERTIFICATE OF SERVICE** |
| | Chapter: 7 |

On 5/19/2022, I did cause a copy of the following documents, described below,

ORDER AVOIDING JUDICIAL LIEN (11 U.S.C. § 522(F)(1)(A)) EQUITY ANALYSIS/ CO-OWNED PROPERT

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of BK Attorney Services, LLC d/b/a certificateofservice.com, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R.Bankr.P. 9001(9) and 2002(g)(4).  A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 5/19/2022

/s/ Sean Markham
Sean Markham  10145

Markham Law Firm, LLC
PO Box 101
Mount Pleasant, SC  29464
843 284 3646
sean@markhamlawsc.com

# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF SOUTH CAROLINA

| | |
|---|---|
| IN RE:<br>WILLIAM MEEHAN | CASE NO: 20-03105<br>**CERTIFICATE OF SERVICE**<br>**DECLARATION OF MAILING**<br>Chapter: 7 |

On 5/19/2022, a copy of the following documents, described below,

ORDER AVOIDING JUDICIAL LIEN (11 U.S.C. § 522(F)(1)(A)) EQUITY ANALYSIS/ CO-OWNED PROPERT

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing list exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document(s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 5/19/2022

_____
Jay S. Jump
BK Attorney Services, LLC
d/b/a certificateofservice.com, for
Sean Markham
Markham Law Firm, LLC
PO Box 101
Mount Pleasant, SC  29464

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL, SEE BELOW FOR COMPLETE ADDRESS
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE RECEIPT" RECEIVED ELECTRONIC NOTICE THROUGH THE CM/ECF SYSTEM

FIRST CLASS
FORD MOTOR CREDIT COMPANY LLC
PO BOX 55000
DEPT 194101
DETROIT MI 48255

FIRST CLASS
CLARKSON   HALE LLC
PO BOX 287
COLUMBIA SC 29202

FIRST CLASS
FORD MOTOR CREDIT COMPANY LLC
CO CORPORATION TRUST CENTER
1209 ORANGE ST
WILMINGTON DE 19801

FIRST CLASS
FORD MOTOR CREDIT COMPANY LLC
CO C T CORPORATION SYSTEM
2 OFFICE PARK COURT SUITE 103
COLUMBIA SC 29223

CASE INFO
 LABEL MATRIX FOR LOCAL NOTICING
NCRS ADDRESS DOWNLOAD
CASE 20-03105
DISTRICT OF SOUTH CAROLINA
THU MAY 19 11-32-55 PST 2022

ACAR LEASING LTD DBA GM FINANCIAL
LEASING
PO BOX 183853
ARLINGTON  TX 76096-3853

EXCLUDE
(U) FREEDOM MORTGAGE CORPORATION

EXCLUDE
J BRATTON DAVIS UNITED STATES
BANKRUPTCY COURTHOUSE
1100 LAUREL STREET
COLUMBIA  SC 29201 2423

BARCLAYS BANK DELAWARE
PO BOX 8803
WILMINGTON  DE 19899-8803

CAPITAL BANK
PO BOX 31
MEMPHIS   TN 38101-0031

(P) CAPITAL ONE
PO BOX 30285
SALT LAKE CITY UT 84130-0285

CLARKSON   HALE   LLC
PO BOX 287
COLUMBIA   SC 29202-0287

COMERC FCU
HERBERT C HOOVER BLDG   ROOM B 818
WASHINGTON   DC 20230-0001

(P) DEPARTMENT OF COMMERCE FCU
ATTN DEPARTMENT OF COMMERCE FCU
P O BOX 14720
WASHINGTON DC 20044-4720

DEPT OF COMMERCE FCU
1401 CONSTITUTION AVE NW
WASHINGTON   DC 20230-0002

(P) FMA ALLIANCE   LTD
12339 CUTTEN ROAD
HOUSTON TX 77066-1807

FIRST HORIZON
PO BOX 31
MEMPHIS   TN 38101-0031

FIRST HORIZONS
PO BOX 1469
KNOXVILLE TN 37901-1469

FORD MOTOR CREDIT COMPANY
PO BOX 542000
OMAHA   NE 68154-8000

(P) FORD MOTOR CREDIT COMPANY
P O BOX 62180
COLORADO SPRINGS CO 80962-2180

FREEDOM MORTGAGE CORP
907 PLEASANT VALLEY AVENUE
MT LAUREL   NJ 08054-1210

FRONTLINE ASSET STRATEGIES
2700 SNELLING AVE N SUITE 250
SAINT PAUL   MN 55113-1783

IRS
CENTRALIZED   INSOLVENCY OPERATION
PO BOX 7346
PHILADELPHIA   PA 19101-7346

JOHN HINES   ATTY
1800 PEACHTREE ROAD   NW
SUITE 600
ATLANTA   GA 30309-2516

(P) JPMORGAN CHASE BANK   N A
BANKRUPTCY MAIL INTAKE TEAM
700 KANSAS LANE FLOOR 01
MONROE LA 71203-4774

LVNV FUNDING LLC
PO BOX   4115
CONCORD   CA 94524-4115

(P) CROSS RIVER BANK
2115 LINWOOD AVENUE
FORT LEE NJ 07024-5041

PARTIES DESIGNATED AS "EXCLUDE" WERE NOT SERVED VIA USPS FIRST CLASS MAIL. PARTIES TO BE SERVED WITH THIS NOTICE WERE AUTOMATICALLY SENT THIS NOTICE THROUGH THE CM/ECF SYSTEM
PARTIES WITH A '+' AND DESIGNATED AS "CM/ECF NOTICE OF ELECTRONIC FILING (NEF) RECEIPTS".

| | | |
|---|---|---|
| LOANDEPOT<br>PO BOX 9225<br>OLD BETHPAGE   NY 11804-9225 | LVNV FUNDING LLC<br>PO BOX 1269<br>GREENVILLE   SC 29602-1269 | LVNV FUNDING LLC (FRONTLINE ASSET STRATEGIES<br>PO BOX 1269<br>GREENVILLE   SC 29602-1269 |
| (P)MOHELA<br>CLAIMS DEPARTMENT<br>633 SPIRIT DRIVE<br>CHESTERFIELD MO 63005-1243 | (P)NATIONAL CREDIT SYSTEMS<br>ATTN MELANIE MAYFIELD<br>3750 NATURALLY FRESH BLVD<br>ATLANTA GA 30349-2964 | RA ROGERS INC<br>PO BOX 3302<br>CROFTON   MD 21114-0302 |
| RMS<br>485 CAYUGA RD<br>CHEEKTOWAGA   NY 14225-1368 | REGIONS BANK<br>1900 5TH AVE N<br>BIRMINGHAM   AL 35203-2670 | REGIONS BANK<br>PO BOX 11407<br>BIRMINGHAM   AL 35246-8651 |
| (P)SOUTH CAROLINA DEPARTMENT OF REVENUE<br>OFFICE OF THE GENERAL COUNSEL<br>BANKRUPTCY SECTION<br>300A OUTLET POINTE BLVD<br>COLUMBIA SC 29210-5666 | SOFI LENDING CORP<br>PO BOX  4115<br>CONCORD   CA 94524-4115 | (P)SEQUIUM ASSET SOLUTIONS   LLC<br>1130 NORTHCHASE PKWY<br>SUITE 150<br>MARIETTA GA 30067-6429 |
| (P)TD BANKNORTH NA<br>70 GRAY ROAD<br>FALMOUTH ME 04105-2299 | WELTMAN  WEINBERG  REIS LPA<br>965 KEYNOTE CIRCLE<br>INDEPENDENCE   OH 44131-1829 | MICHELLE L VIEIRA<br>PO BOX 1480<br>MURRELLS INLET   SC 29576-1480 |
| SEAN P MARKHAM<br>MARKHAM LAW FIRM  LLC<br>PO BOX 20074<br>CHARLESTON   SC 29413-0074 | ~~EXCLUDE~~<br>~~US TRUSTEES OFFICE~~<br>~~STROM THURMOND FEDERAL BUILDING~~<br>~~1835 ASSEMBLY ST~~<br>~~SUITE 953~~<br>~~COLUMBIA   SC 29201-2448~~ | DEBTOR<br>WILLIAM CLIFFORD MEEHAN<br>3552 HARTFORD VILLAGE WAY<br>MOUNT PLEASANT   SC 29466-8064 |

ADDRESSES WHERE ENTITIES NOT PRESENTLY BEING SERVED ON 05/19/22 - SERVICE THROUGH THE UNITED STATES BANKRUPTCY COURT'S NOTICE OF ELECTRONIC FILING ("NEF") SYSTEM.

(Trustee)
Michelle L. Vieira
PO Box 1480
Murrells Inlet, SC 29576

trustee@chapter7.email

(U.S. Trustee)
US Trustee's Office
Strom Thurmond Federal Building
1835 Assembly St.
Suite 953
Columbia, SC 29201

USTPRegion04.CO.ECF@usdoj.gov

(Debtor)
William Clifford Meehan
3552 Hartford Village Way
Mount Pleasant, SC 29466
represented by:
Sean P. Markham
Markham Law Firm, LLC
PO Box 20074
Charleston, SC 29413-0074

smarkham@markhamlawsc.com

(Creditor)
ACAR Leasing Ltd. d/b/a GM Financial Leasing
PO Box 183853
Arlington, TX 76096US

Customer.service.bk@gmfinancial.com